**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                          Case No. 19-14379-amc
                                                        Chapter 13

THEODOSIA BOYOU

Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **CitiMortgage, Inc. c/o Cenlar**, on August 14, 2019 as moot as Debtor filed an Amended Plan on September 26, 2019 which moots Movants Objection.

                           By:       */s/ Daniel P. Jones, Esquire*
                                     Daniel P. Jones, Esquire,
                                     Bar No: 321876
                                     Stern & Eisenberg, PC
                                     1581 Main Street, Suite 200
                                     The Shops at Valley Square
                                     Warrington, PA 18976
                                     Phone: (215) 572-8111
                                     Fax: (215) 572-5025
                                     djones@sterneisenberg.com
                                     Attorney for Creditor

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 27th day of September 2019, to the following:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com
*Attorney for Debtor*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Theodosia Boyou
229 W Albemarle Avenue
Lansdowne, PA 19050
*Debtor*


                                               By:     */s/Daniel Jones, Esquire*