IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Theodosia Boyou | : Chapter 13 |
| | : |
| | : Case No. 19-14379 |
| Debtor(s) | : |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 16.

Dated: October 18, 2019                   /s/ Brad J. Sadek, Esquire
                                                                                      Brad J. Sadek, Esquire
                                                                                      Sadek and Cooper
                                                                                      1315 Walnut Street, Suite 502
                                                                                      Philadelphia, PA 19107
                                                                                      215-545-0008