**Fill in this information to identify the case:**

Debtor 1    Theodosia Boyou

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Pennsylvania
                                                                                                (State)

Case number    19-14379-amc

---

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   CitiMortgage, Inc. c/o Cenlar      **Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account:    5576

**Date of payment change:**
Must be at least 21 days after date of this notice    01/05/2020

**New total payment:**    $ 1,297.62
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $ 573.76    **New escrow payment:**    $ 725.23

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Theodosia | | Boyou | Case number (*if known*) 19-14379-amc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel Jones                                                                                Date December 6, 2019
Signature

| Print: | Daniel | Jones, Bar ID# 321876 | | Title: Attorney for Creditor |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Company        Stern & Eisenberg, P.C.

Address        1581 Main Street, Suite 200 The Shops at Valley Square
               Number            Street

               Warrington, PA 18976
               City                                    State        ZIP Code

Contact phone 215-572-8111            Email    djones@sterneisenberg.com